**Order entered October 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01530-CV

## IN THE ESTATE OF ROBERTO REFUGIO DE JESUS GONZALEZ BARRERA, DECEASED

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-14-02697-1**

## ORDER

Before the Court is the October 4, 2019 request of John Warren, Dallas County Clerk, for an extension of time to file the requested supplemental clerk's record. We **GRANT** the request and extend the time to **November 4, 2019**. Appellees' brief on the merits will be due within fourteen days after the supplemental clerk's record is filed.

/s/    ERIN A. NOWELL
JUSTICE